IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-031-DCK

| DONALD HORTON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin B. Bennett III, filed a "Certification Of Mediation Session" (Document No. 14) notifying the Court that the parties reached a settlement on August 21, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **September 30, 2020**.

**SO ORDERED**.

Signed: September 1, 2020

David C. Keesler
United States Magistrate Judge